TY ERIK LOPES
MULE CREEK STATE PRISON
P.O. BOX 409020
IONE, CA 95640



JUL 1 4 2008

In Propria Persona



CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**TY ERIK LOPES,**
      Plaintiff,

vs.

CASE NO. 2:07-CV-01102-JAM-KJM

**SAN JOAQUIN COUNTY HUMAN SERVICES AGENCY, ET AL,,**
      Defendents,

MOTION FOR EVIDENTIARY HEARING DUE TO NEW EVIDENCE IN SUPPORT OF COMPLAINT

   I, Ty Erik Lopes, plaintiff, hereby requests an evidentiary hearing in the above entitled action due to new evidence just received in the mail from plaintiff's mother on July 3, 2008. In support of this motion, plaintiff provides the following factual information.

1. On July 3, 2008, I, Ty Erik Lopes received a letter from my mother (Norne Lopes) in which truth is beginning to appear regarding the FACT that I have been illegally restrained from my biological grandchildren without any good cause, timely notice nor a timely opportunity to be heard as required under 18 U.S.C § 2265 (1994)(VAWA)). The defendents have deceived my mother, Norne Lopes, into believing that I have been restrained from my grandchildren and defendent "B" of the plaintiffs complaint appears to be the main perpetrator of the illegal actions as

(1)

alleged in the complaint and in plaintiff's OBJECTION TO MAGISTRATE JUDGES FINDINGS AND RECOMMENDATIONS. (See attached letter from plaintiff's mother, Norne Lopes, received by plaintiff on July 3, 2008, through the U.S. Mail) Plaintiff has highlighted the portion of the attached letter and informs this court of the fact that "Mandi," is plaintiffs daughter and Mandi's attorney is defendent "B" as stated in the complaint filed in this court on June 8, 2007.

For the foregoing reason, plaintiff respectfully request an evidentiary hearing as it appears that **Christopher J. Massod** is the main perpetrator of plaintiffs allegations as stated in the above entitled complaint. *

Plaintiff hereby requests that an attorney be appointed to assist plaintiff.

Respectfully submitted,

_____
Ty Erik Lopes (Plaintiff)

* I still haven't seen **my grandchildren** because my dear mother is afraid to bring them to the prison to visit with me for fear of reprisals and punishment from the defendents and the Juvenile Court. My mother is working desperately to overturn an order that doesn't even exist! The next Juvenile Court hearing is set for July 28, 2008.

(2)

26 June '08
Thursday

Syr—
 Another letter so soon?
 I think I told you in a last letter that Maryann told the judge in court that I was a very violent person and that, as she put it, I have a "felony misdemeanor on record" for violence. Of course she is full of S—, But now I know what she did in the situation about you and your visits with the children. She told the lawyer (Mondi's) that you were in prison and a very violent person. What I want is for you to send the page in your transcripts that shows what she said at your sentencing hearing. I want to show that to the court which will make her out a liar using her own words. It isn't just the letter you wrote to Mondi but her lies. Seems like people believe her and I need to show what a deceitful lying person she is. Can you get that to me ASAP?
 The little ones got your cards. I have them both tacked on their walls with the rest. They sure love opening your mail to them.
 I'm so nervous about this 4° visit Maryann gets with the kids. Domenik told me Zack has a "light spray gun" and told him he (Zack) could spray them with the gun. What next? The kids are not to be around Zack during the visit but you and I know Maryann won't go by the rules.

That woman is giving me ulcers. Sure wish she and the rest were out of the picture for the kids sake —

Sorry to go on and on as well. Stop. Please, if you can, get me a copy of that page & send it and I will copy and return the original. The investigator is coming soon and I want him to see it too —

Love You Son

Mom.

PS. Did you get the pak yet?