TY ERIK LOPES #T58072
MULE CREEK STATE PRISON
P.O. BOX 409020
IONE, CA 95640

DATE: September 15, 2008

CASE No. 2:07-CV-01102-JAM-KJM

**FILED**

SEP 17 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Dear Judge John A. Mendez,

I want to inform you of recent developements regarding my complaint. During the week of September 8, 2008, my mother, Norne Lopes, was told by an attorney who is a party to her court action in this matter, that she is in "sole control" of my grandbabies and that she can take them wherever she pleases. I finally was able to visit with my precious grandbabies for the first time in over two years on Saturday, September 13, 2008. The lying and deceiving seems to have come to an end. I will keep the court informed. *

Respectfully

_[signature]_
Ty lopes (Plaintiff)

\* This is by no means a withdrawl of my pending lawsuit! The grief I have suffered because of the defendents' own feelings of me and because of their willingness to lie to my mother and deceive her into believing that there was a restraining order against me which restricted me from my grandbabies unjustly for over two years, is absolutely gross! The defendent's should be held accountable for their illegal actions as requested by me in my lawsuit pending in this court.